# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2021

Bridget M. McCormack,
Chief Justice

163258-9(69)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEREMIAH JAMES BOSHELL,
      Defendant-Appellant.

_____

SC: 163258
COA: 347207
Macomb CC: 2017-002787-FC

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEREMIAH JAMES BOSHELL,
      Defendant-Appellant.

_____/

SC: 163259
COA: 347208
Macomb CC: 2017-000658-FC

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for his application for leave to appeal is GRANTED. The 60-page application submitted on July 8, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2021



Clerk